FILED

2019 Jan-08  PM 07:10
U.S. DISTRICT COURT
N.D. OF ALABAMA



**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**MIDDLE DIVISION**

| | | |
|---|---|---|
| **DAWN BARBER,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **V.** | ) | **Case Number: 18-cv-01633-ACA** |
| | ) | |
| **TPC OF BLOUNT COUNTY** | ) | |
| **ALABAMA, INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**ANSWER**

**NOW COMES** Defendant TPC of Blount County Alabama, Inc., (hereinafter "TPC"), and answers Plaintiff Dawn Barber's Complaint as follows:

**I.      JURISDICTION**

1.      TPC admits this court has jurisdiction over the parties and this dispute.  However, TPC denies that the Plaintiff is entitled to any relief under the statutes and/or laws referenced in this paragraph.

2.      TPC denies the allegations is paragraph 2.

**II.      PARTIES**

3.      TPC admits that venue for this action lies in the Middle Division.  TPC denies the remaining allegations contained in paragraph 3 of the Complaint and demands strict proof thereof.

4.      TPC admits TPC is a company registered and doing business in the State of Alabama.  TPC denies the remaining allegations contained in paragraph 4 of the Complaint and demands strict proof thereof.

### III.   **STATEMENT OF FACTS**

5.      TPC denies the allegations contained in paragraph 5 of the Complaint and demands strict proof thereof.

6.      TPC admits the allegations contained in paragraph 6 of the Complaint.

7.      TPC admits the allegations contained in paragraph 7 of the Complaint.

8.      TPC admits the allegations contained in paragraph 8 of the Complaint.

9.      TPC denies the allegations contained in paragraph 9 of the Complaint and demands strict proof thereof.

10.      TPC denies the allegations contained in paragraph 10 of the Complaint and demands strict proof thereof.

11.      TPC denies the allegations contained in paragraph 11 of the Complaint and demands strict proof thereof.

12.      TPC denies the allegations contained in paragraph 12 of the Complaint and demands strict proof thereof.

13.      TPC denies the allegations contained in paragraph 13 of the Complaint and demands strict proof thereof.

14.      TPC denies the allegations contained in paragraph 14 of the Complaint and demands strict proof thereof.

15.      TPC denies the allegations contained in paragraph 15 of the Complaint and demands strict proof thereof.

16.      TPC denies the allegations contained in paragraph 16 of the Complaint and demands strict proof thereof.

17.     TPC denies the allegations contained in paragraph 17 of the Complaint and demands strict proof thereof.

18.     TPC denies the allegations contained in paragraph 18 of the Complaint and demands strict proof thereof.

19.     TPC denies the allegations contained in paragraph 19 of the Complaint and demands strict proof thereof.

20.     TPC denies the allegations contained in paragraph 20 of the Complaint and demands strict proof thereof.

21.     TPC denies the allegations contained in paragraph 21 of the Complaint and demands strict proof thereof.

22.     TPC denies the allegations contained in paragraph 22 of the Complaint and demands strict proof thereof.

23.     TPC denies the allegations contained in paragraph 23 of the Complaint and demands strict proof thereof.

24.     TPC denies the allegations contained in paragraph 24 of the Complaint and demands strict proof thereof.

25.     TPC denies the allegations contained in paragraph 25 of the Complaint and demands strict proof thereof.

26.     TPC denies the allegations contained in paragraph 26 of the Complaint and demands strict proof thereof.

27.     TPC denies the allegations contained in paragraph 27 of the Complaint and demands strict proof thereof.

28.     TPC denies the allegations contained in paragraph 28 of the Complaint and demands strict proof thereof.

29.     TPC denies the allegations contained in paragraph 29 of the Complaint and demands strict proof thereof.

30.     TPC denies the allegations contained in paragraph 30 of the Complaint and demands strict proof thereof.

31.     TPC denies the allegations contained in paragraph 31 of the Complaint and demands strict proof thereof.

32.     TPC denies the allegations contained in paragraph 32 of the Complaint and demands strict proof thereof.

33.     TPC denies the allegations contained in paragraph 33 of the Complaint and demands strict proof thereof.

34.     TPC denies the allegations contained in paragraph 34 of the Complaint and demands strict proof thereof.

## IV.  COUNT ONE

35.     TPC denies the allegations contained in paragraph 35 of the Complaint and demands strict proof thereof.

36.     TPC admits the allegations contained in paragraph 36 of the Complaint.

37.     TPC admits the allegations contained in paragraph 37 of the Complaint.

38.     TPC admits the allegations contained in paragraph 38 of the Complaint.

39.     TPC denies the allegations contained in paragraph 39 of the Complaint and demands strict proof thereof.

40.     TPC denies the allegations contained in paragraph 40 of the Complaint and demands strict proof thereof.

41.     TPC denies the allegations contained in paragraph 41 of the Complaint and demands strict proof thereof.

42.     TPC denies the allegations contained in paragraph 42 of the Complaint and demands strict proof thereof.

**V.  COUNT TWO**

43.     TPC denies the allegations contained in paragraph 43 of the Complaint and demands strict proof thereof.

44.     TPC admits the allegations contained in paragraph 44 of the Complaint.

45.     TPC admits the allegations contained in paragraph 45 of the Complaint.

46.     TPC admits the allegations contained in paragraph 46 of the Complaint.

47.     TPC denies the allegations contained in paragraph 47 of the Complaint and demands strict proof thereof.

48.     TPC denies the allegations contained in paragraph 48 of the Complaint and demands strict proof thereof.

49.     TPC denies the allegations contained in paragraph 49 of the Complaint and demands strict proof thereof.

50.     TPC denies the allegations contained in paragraph 50 of the Complaint and demands strict proof thereof.

**VI.     PRAYER FOR RELIEF**

**WHEREFORE**, with respect to the claims asserted by Plaintiff, TPC denies that Plaintiff is entitled to any of the relief requested and further prays as follows:

A.      That Plaintiff take nothing against TPC and that judgment be entered in favor of

TPC and against Plaintiff as to the claims made by Plaintiff;

B.      That Plaintiff's claims against TPC be dismissed with prejudice;

C.      That all costs be taxed against Plaintiff; and

D.      That TPC by awarded such other and further relief as is deemed just and proper.

## VII.   AFFIRMATIVE DEFENSES

TPC asserts the following additional and affirmative defenses:

### FIRST DEFENSE

The allegations in the Complaint fail to state a claim against TPC upon which relief can be

granted.

### SECOND DEFENSE

TPC denies each and every allegation in the Complaint not admitted expressly herein.

### THIRD DEFENSE

Plaintiff's Complaint fails to state a claim upon which relief can be granted because it does

not sufficiently state a claim under the "plausibility" pleading standard.

### FOURTH DEFENSE

TPC denies the material allegations of the Complaint and any damages alleged in the

Complaint and demands strict proof thereof at trial.

### FIFTH DEFENSE

Plaintiff's claims, or some of them, are barred by the applicable statute of limitations.

### SIXTH DEFENSE

Plaintiff's claims and requests for relief, or some of them, are barred, in whole or in part, by

waiver, laches, release and/or estoppel.

### SEVENTH DEFENSE

Plaintiff has suffered no damage as a result of any decision or action of TPC.

### EIGHTH DEFENSE

Any alleged damages that Plaintiff may have suffered as a result of the acts complained of in the Complaint are the result of Plaintiff's own conduct.

### NINTH DEFENSE

Plaintiff's claims and requests for relief, or some of them, are barred, in whole or in part, by Plaintiff's failure to mitigate any alleged damages to which he might otherwise be entitled.

### TENTH DEFENSE

No action taken by TPC or decision made by TPC regarding Plaintiff was motivated by her race, nor was any action intended to discriminate against Plaintiff.

### ELEVENTH DEFENSE

TPC had a legitimate non-discriminatory reason for any action taken or decision made regarding Plaintiff.

### TWELFTH DEFENSE

Plaintiff's claims and requests for relief are barred due to after-acquired evidence of Plaintiff's conduct.

### THIRTEENTH DEFENSE

Plaintiff's claims and requests for relief are barred because the same decisions regarding Plaintiff would have been made in the absence of any unlawful discriminatory or retaliatory motive.

### FOURTEENTH DEFENSE

TPC acted properly and in good faith at all times with regard to Plaintiff and the conditions of her employment, had reasonable grounds for believing it was not in violation of any law, rule or

regulation and has not violated any rights of Plaintiff under any applicable law, rule or regulation.

## FIFTEENTH DEFENSE

Plaintiff's claims and requests for relief are barred in whole or in part because TPC at all times acted in good faith and without malice or reckless indifference to Plaintiff's protected rights, and, therefore, Plaintiff cannot recover punitive damages.

## SIXTEENTH DEFENSE

Plaintiff's claims for punitive damages cannot be upheld to the extent they violate or contravene the holdings of the United States Supreme Court in *Exxon Shipping Company v. Baker*, 128 S.Ct. 2605, 2008 WL 2511219 (2008); *Phillip Morris USA v. Williams*, 549 U.S. 346 (2007); *State Farm Mut. Auto. Ins. Co. V. Campbell*, 538 U.S. 408 (2003); *BMW of N. Am., Inc., v. Gore*, 517 U.S. 559 (1996); *Pac. Mut. Life Ins. Co. v. Haslip*, 499 U.S. 1 (1991); *Matthews v. Eldgridge*, 424 U.S. 319 (1976).

## SEVENTEENTH DEFENSE

TPC reserves its right to assert or rely upon any additional defenses that may arise as discovery progresses or otherwise in the course of this litigation.

## EIGHTEENTH DEFENSE

Plaintiff voluntary quit her job at TPC and/or just stopped coming to work.

Respectfully submitted,


s/Scott A. Gilliland
Scott A. Gilliland (ASB-6604-L67S)
Counsel for TPC of  Blount County Alabama, Inc.

Law Office of Scott A. Gilliland
400 Vestavia Parkway Suite 100
Birmingham, Alabama  35216
Telephone: (205) 978-8800
E-mail: scott@scottgilliland.net

**CERTIFICATE OF SERVICE**

      I hereby certify that I have served a copy of the foregoing via electronic filing on this 8th day of January, 2019, on the following:

Ms. Kira Fonteneau
Ms. Felicia T. Long
Counsel for Plaintiff Dawn Barber

s/Scott A. Gilliland             