### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ALABAMA
### MIDDLE DIVISION

| | |
|---|---|
| **DAWN BARBER,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **Case No. 4:18-CV-1633-CLM** |
| ) | |
| **TPC OF BLOUNT COUNTY** ) | |
| **ALABAMA INC.,** ) | |
| ) | |
| **Defendant.** ) | |

## ORDER

This case is before the court on Plaintiff Dawn Barber's Unopposed Motion to Set Attorneys' Rates (doc. 76). Barber requests this Court to enter an Order setting attorneys Sonya Edwards' and Kira Fonteneau' rate as $450 per hour. After review of the relevant affidavits, the Court **GRANTS** the motion.

**DONE** and **ORDERED** on July 1, 2021.

_____
**COREY L. MAZE**
UNITED STATES DISTRICT JUDGE